IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLGY INNOVATIONS, LLC,<br><br>                        Plaintiff,<br>    v.<br><br>WONDERWILL LTD<br>ZAPPER MARKETING LIMITED,<br>ZAPPER MARKETING (USA) INC.,<br><br>                        Defendants, | C.A. No. 1:19-cv-01025-RGA |

## **DEFENDANT ZAPPER MARKETING (USA) INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Zapper Marketing (USA) Inc. ("Zapper USA") hereby moves to dismiss the Complaint of Plaintiff Symbology Innovations, LLC (D.I. 1). The grounds for this Motion are set forth in Zapper USA's opening brief, filed concurrently herewith.

Dated: December 4, 2019

OF COUNSEL:

MCDONNELL BOEHNEN HULBERT &
  BERGHOFF LLP
Bradley J. Hulbert
Eric R. Moran
James L. Lovsin
Colin Wright
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

BAYARD, P.A.

/s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 302-429-4232
sbrauerman@bayardlaw.com

*Attorneys for Defendant*
*Zapper Marketing (USA) Inc.*