# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WONDERWILL LTD <br> ZAPPER MARKETING LIMITED, <br> ZAPPER MARKETING (USA) INC., <br><br> Defendants, | C.A. No. 1:19-cv-01025-RGA |

## DEFENDANT WONDERWILL LTD'S AND ZAPPER MARKETING LIMITED'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5), Defendants Wonderwill Ltd and Zapper Marketing Limited hereby move to dismiss the Complaint of Plaintiff Symbology Innovations, LLC (D.I. 1). The grounds for this Motion are set forth in Wonderwill Ltd's and Zapper Marketing Limited's opening brief, filed concurrently herewith.

Dated: December 4, 2019

OF COUNSEL:

McDonnell Boehnen Hulbert & Berghoff LLP
Bradley J. Hulbert
Eric R. Moran
James L. Lovsin
Colin Wright
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Bayard, P.A.

/s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 302-429-4232
sbrauerman@bayardlaw.com

*Attorneys for Defendants*
*Wonderwill Ltd. and Zapper Marketing Limited*