IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) |
| *Plaintiff*, | ) |
| | ) C.A. No. C.A. No. 1:19cv1025-RGA |
| v. | ) |
| WONDERWILL LTD, | ) |
| ZAPPER MARKETING LIMITED, | ) |
| ZAPPER MARKETING (USA) INC., | ) |
| *Defendants*. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulates to dismissal with prejudice of all claims by Plaintiff against all Defendants in this action.

Dated: January 17, 2020

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdlaw.com

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)

**SO ORDERED**, this _____ day of January, 2020.

_____
United States District Court Judge